UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SUE VUE

CR NO: 2:09-CR-0362-EJG

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee:    **SUE VUE**

Detained at (custodian):    **Deuel Vocational Institution**

**FILED**
NOV 2 0 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Detainee is:   a.)   ☒ charged in this district by:
           ☒ Indictment     ☐ Information     ☐ Complaint
           Charging Detainee With: <u>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm</u>

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Daniel S. McConkie
Printed Name & Phone No: **DANIEL S. McCONKIE (916) 554-2725**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

11/20/09
Date

/s/ Dale A. Drozd
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Male ☒ | Female ☐ |
| Booking or CDC #: | T23518 | DOB: | 10/26/1981 |
| Facility Address: | 23500 Kasson Road | Race: | Asian |
| | Tracy, California 95376 | FBI #: | 456876NB1 |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | 459 Burglary; 496 Receiving Stolen Property | | |

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)

Form Crim-48                       Revised 11/19/97