BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-362 EJG |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO SUPPRESS EVIDENCE |
| v. | ) | AND STATEMENTS |
| | ) | |
| SUE VUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   On February 12, 2010, the defendant filed a motion to suppress evidence and statements. C.R. 12. On March 12, 2010, the government filed an opposition. C.R. 17. No reply was filed. On March 19, 2010, the court held an evidentiary hearing. C.R. 20. On April 2, 2010, the court denied the motion from the bench and provided a detailed analysis on the record. C.R. 23. (That transcript is attached to this order and hereby incorporated by reference.) For the reasons stated on April 2, 2010, the defendant's motion is hereby DENIED.

DATED: May 20, 2010

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Judge