OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE: June 21, 2010

TO: Colleen Lydon, Courtroom Clerk to
Honorable Edward J. Garcia

FROM: Douglas Beevers, Assistant Federal Defender

SUBJECT: USA v. Sue Vue, Cr-S-09-362
Advancement of Trial Confirmation Hearing

---

Please advance the trial confirmation hearing in this case to Friday, June 25, 2010 at 10:00 a.m. (It is currently set for July 2, 2010 at 10:00 a.m.) The advancement is necessary to due the unavailability of both defense counsels. Defense counsel is prepared for an advanced hearing and the government does not oppose the advancement.

Thank you for your attention to this matter. Please call with any questions or concerns.

Dated:   June 22 2010

Edward J. Garcia
United States District Court Judge

**FILED**
JUN 2 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK