```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-09-362 EJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| SUE VUE, | ) | CONTINUING BRIEFING SCHEDULE |
| | ) | FOR NEW TRIAL MOTION |
| Defendant. | ) | |

On August 3, 2010, the defendant filed a motion for a new trial, with a hearing noticed for October 1, 2010.

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Daniel S. McConkie, and Defendant Sue Vue, through his attorney Douglas Beevers, as follows: The government shall have until September 17, 2010 to respond to the motion. Any reply shall be filed by September 24, 2010. The hearing date will not change.

The continuance of the motion schedule is necessary because the defense motion raises numerous issues which cannot be definitively resolved without reference to the trial transcript, particularly the cross examination of the defendant and the government's rebuttal argument. The trial transcript is on order, and the parties believe

1

it will be completed in a few weeks.

                                          BENJAMIN B. WAGNER
                                        United States Attorney

Dated: August 9, 2010         /s/ Daniel S. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        Respectfully submitted,

Dated: August 9, 2010         /s/ Douglas Beevers
                                        DOUGLAS BEEVERS, ESQ.
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SUE VUE
                              By DSM per telephonic authorization

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: August 9, 2010

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior U.S. District Judge