BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SUE VUE,<br><br>            Defendant. | CR. No. S-09-362 EJG<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE FOR NEW TRIAL MOTION |

The hearing on the defendant's Motion for a New Trial has been noticed for October 1, 2010. The sentencing is currently scheduled for October 8, 2010.

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Daniel S. McConkie, and Defendant Sue Vue, through his attorney Douglas Beevers, as follows:

The motion hearing shall be continued from October 1 to October 8, 2010. The sentencing shall remain calendared for October 8, 2010; however, if the motion is granted, the sentencing shall be vacated.

The government shall have until October 4, 2010 to respond to the motion. Any reply shall be filed by October 6, 2010.

///
///

The continuance of the motion schedule is necessary to accommodate the family medical leave of the prosecutor.

BENJAMIN B. WAGNER
United States Attorney

Dated: September 30, 2010    /s/ Daniel S. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

Respectfully submitted,

Dated: September 30, 2010    /s/ Douglas Beevers
DOUGLAS BEEVERS, ESQ.
Assistant Federal Defender
Attorney for Defendant
SUE VUE
By DSM per telephonic authorization

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
Dated: Sept 30, 2010

EDWARD J. GARCIA
Senior U.S. District Judge