BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00362 EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SUE VUE, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about September 22, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the guilty verdict entered against defendant Sue Vue and the finding of forfeiture by the Court forfeiting to the United States the following property:

        a)  9mm Ruger pistol, model P85, serial number 300-50176.

AND WHEREAS, beginning on September 28, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1  advised all third parties of their right to petition the court
2  within sixty (60) days from the first day of publication of the
3  notice for a hearing to adjudicate the validity of their alleged
4  legal interest in the forfeited property;
5      AND WHEREAS, the United States sent direct written notice by
6  certified mail to James Layton;
7      AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10     Accordingly, it is hereby ORDERED and ADJUDGED:
11     1.  A Final Order of Forfeiture shall be entered forfeiting
12 to the United States of America all right, title, and interest in
13 the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and
14 28 U.S.C. § 2461(c), to be disposed of according to law,
15 including all right, title, and interest of Sue Vue.
16     2.  All right, title, and interest in the above-listed
17 property shall vest solely in the name of the United States of
18 America.
19     3.  The U.S. Marshals Service shall maintain custody of and
20 control over the subject property until it is disposed of
21 according to law.
22     SO ORDERED this 30th day of December, 2010.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge