UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>SUE VUE,<br><br>　　　　　Movant. | CIV. NO. 2:16-01251 WBS<br>CR.  NO. 2:09-00362 WBS<br><br>ORDER |

----oo0oo----

On June 7, 2016, petitioner Sue Vue filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motion no later than July 8, 2016.  Petitioner may then file a reply no later than July 25, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are

1

1 | necessary.
2 |             IT IS SO ORDERED.
3 | Dated:  June 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE