PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2991
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-00362-WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SUE VUE, | |
| Defendant. | |

On July 08, 2016, Respondent requested a 60-day extension of time to file a response to Petitioner's § 2255 petition. The court will grant an extension of time but does not find a sufficient basis for such a lengthy extension. Therefore,

IT IS HEREBY ORDERED, that plaintiff's response is now due July 28, 2016. Defendant's reply, if any, shall be filed on or before August 15, 2016.

Dated: July 13, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

1