UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>     v.<br><br>SUE VUE,<br><br>            Movant. | CIV. NO. 2:16-01251 WBS<br>CR.  NO. 2:09-00362 WBS<br><br>ORDER |

----oo0oo----

    IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 96) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).  The previously set briefing schedule (Docket No. 99) shall remain in effect.

    IT IS SO ORDERED.

Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1